# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Schroeder

Plaintiff

v.

United State of America,
Dr. Joseph Sivak and
Dr. Kenneth Bromen

Defendants

Case No. Civil 01-1443 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety.

DATE: January 30, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

19