UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

David Schroeder,

Plaintiff,

vs.

AMENDED NOTICE OF HEARING

United States of America,
Dr. Joseph Sivak and Dr.
Kenneth Bromen,

Defendants.

Civ. No. 01-1443 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of October, 2001.

* * *

Pursuant to Order of Reference dated August 10, 2001, the Plaintiff's Application to Compel Arbitration Award was set for hearing on Thursday, October 25, 2001, at 1:30 p.m. Due to a conflict in scheduling, the hearing is reset to **Wednesday, October 31, 2001, at 1:30 p.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

10

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK