**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID SCHROEDER,

Plaintiff,

v.

UNITED STATES OF AMERICA,
DR. JOSEPH SIVAK, and
DR. KENNETH BROMEN,

Defendants.

Civil No. 01-1443 (DWF/RLE)

**ORDER OF REFERENCE**

---

Sally Tarnowski, Esq., and Laura Schacht, Esq., Johnson Killen & Seiler, 230 Superior Street West, Suite 800, Duluth, MN 55802, counsel for Plaintiff.

No appearance yet for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Attorney Fees is referred to Magistrate Judge Raymond L. Erickson.

Dated: October 23, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 24 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ____________