**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID SCHROEDER,

Plaintiff,

v.

UNITED STATES OF AMERICA,
JOSEPH SIVAK, Dr. Joseph Sivak, and
KENNETH BROMEN, Dr. Kenneth Bromen,

Defendants.

Civil No. 01-1443 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Sally Tarnowski, Esq., and Laura Schacht, Esq., Johnson Killen & Seiler, 230 Superior Street West, Suite 800, Duluth, MN 55802, counsel for Plaintiff.

Patricia Cangemi, Assistant United States Attorney, United States Attorney's Office, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to ~~seek~~ enforcement of the settlement terms.

Dated: November 14, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 14 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________