UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1443 DWF/RLE

DAVID SCHROEDER,

Plaintiff,

v.

UNITED STATES OF AMERICA; DR. JOSEPH SIVAK; AND DR. KENNETH BROMEN,

Defendants.

**O R D E R**

Based upon the Stipulation for Compromise Settlement and Release of Claims signed by the parties, and the Court being duly advised that this matter has been settled, it is hereby

**ORDERED** that this case be dismissed in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/30/02

DONOVAN W. FRANK
United States District Court Judge

JAN 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 30 2002
DEPUTY CLERK